IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOES, K.L. and J.L.                                                    PLAINTIFFS

v.                          No. 4:25-cv-284-DPM

VILONIA SCHOOL DISTRICT                                                DEFENDANT

### ORDER

The only issue in this IDEA case is how much the District must pay the prevailing parents' lawyers.

*Costs.* The Court reduces the proposed amount. Fed. R. Civ. P. 54(d)(1). The copies, printing, and filing fee are recoverable. 28 U.S.C. § 1920. The binders and travel costs are not. Travel costs, though, are routinely billed to clients in this district, and will be awarded as part of the fee. The Court awards $593.86 in costs.

*Attorney's Fee.* Given counsel's experience, and the nature of the issues presented, the reasonable hourly rate for Ms. Caldwell is $275. Considering these same factors, $250 is a reasonable hourly rate for Mr. Fendley. And $100 is reasonable for Ms. Hogancamp's paralegal work. The Court must calculate the lodestar—those rates multiplied by the hours reasonably spent. *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). The starting point is counsel's billed time.

|  |  |  |  |  |
|---|---|---|---|---|
| Theresa Caldwell | 73.25 | x $275/hour | = | $20,143.75 |
| Clay Fendley | 18.18 | x $250/hour | = | $4,545.00 |
| Darlene Hogancamp | 2.31 | x $100/hour | = | $231.00 |
|  |  |  |  | $24,919.75 |

*Doc. 13-3.*

To calculate the lodestar, and eventually a reasonable fee, the Court must make another adjustment. Caldwell did not include her time spent on this fee-only federal case. That was reasonable. *Hensley*, 461 U.S. at 434–37. The administrative case was fact-intensive, spanned several years, and involved many exhibits and witnesses. *Doc. 1 at 8–50.* The material facts developed over the years. The Court does not see how the whole could have been trimmed down much. But Ms. Caldwell's block billing practice is disfavored. *E.g., Doc. 73 at 6* in *Jacksonville North Pulaski School District v. D.M.*, No. 4:20-cv-256-BRW (E.D. Ark. 20 July 2021). To account for some excessive time, the Court discounts the billed amount by ten percent. The revised number is $22,427.78. With the addition of the travel expenses, the reasonable attorney's fee is $22,577.30. That is the lodestar and the bottom line.

*

Motion for attorney's fees and costs, *Doc. 13*, partly granted and partly denied as specified. The Court awards a reasonable attorney's fee of $22,577.30 and costs of $593.86 for a total of $23,171.16. Judgment, taxing the entire award as costs, will issue. 20 U.S.C. § 1415(i)(3)(B)(i).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2026

Case 4:25-cv-00284-DPM   Document 17   Filed 01/15/26   Page 3 of 3