IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOES, K.L. and J.L.                                              PLAINTIFFS

v.                         No. 4:25-cv-284-DPM

VILONIA SCHOOL DISTRICT                                    DEFENDANT

## JUDGMENT

The Court enters Judgment for K.L. and J.L., the parents of J.L., against Vilonia School District.  This total includes:

| | | |
|---|---|---|
| Costs | + | $ 593.86 |
| Attorney's Fee | + | $ 22,577.30 |
| Total | | $ 23,171.16 |

This Judgment shall bear interest at a rate of 3.50% per annum until paid in full.  28 U.S.C. § 1961(a)–(b).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2026